SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RUBEN D. ESCALANTE, Cal. Bar No. 244596
rescalante@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
spetersen@sheppardmullin.com
LISA S. YUN, Cal. Bar No. 280812
lyun@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendant
GREAT DESTINATIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| MICHELE DEL VALLE; an individual, for herself and all members of the putative class,<br><br>Plaintiff,<br><br>v.<br><br>GREAT DESTINATIONS, INC., a Nevada Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>[State Court Case No. 30-2015-00771632-CU-MC-CXC]<br><br>**GREAT DESTINATIONS INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441(a) & 1446**<br><br>[Filed concurrently with Declaration of Lisa S. Yun and Notice of Parties With Financial Interest]<br><br>Complaint filed: February 6, 2015 |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Great Destinations, Inc. ("Great Destinations"), contemporaneously with the filing of this Notice, hereby effects removal of the below-referenced action from the Superior Court of the State of California, County of Orange, Central Justice Center, to the United States District Court for the Central District of California.

This action is removed pursuant to the procedures found in 28 U.S.C. section 1446, and removal jurisdiction is based on 28 U.S.C. section 1441(a) (federal question).

## I.

## STATE COURT COMPLAINT

1. On February 6, 2015, Plaintiff Michele Del Valle ("Plaintiff") filed a complaint in the Orange County Superior Court entitled, *Michele Del Valle v. Great Destinations, Inc., et al.* ("Complaint").

2. Plaintiff served the Summons and Complaint on Great Destinations on February 17, 2015. Declaration of Lisa S. Yun, Ex. A.

3. Plaintiff asserts the following causes of action in her Complaint: (1) alleged negligent violations of the Telephone Consumer Protection Act ("TCPA") under 47 U.S.C. § 227 *et seq.*; and (2) alleged knowing and/or willful violations of the TCPA under 47 U.S.C. § 227 *et seq.* Yun Decl., Ex. A.

4. Plaintiff purports to act on behalf of a putative class of:

> All persons within the United States to whom Defendants have placed a call to said persons' cellular telephone (without their prior express consent and not for emergency purposes) through the use of an automatic telephone dialing system within four years prior to the filing of this complaint.

*See* Yun Decl., Ex. A, Complaint ¶ 21.

5. Great Destinations answered Plaintiff's Complaint in the Superior Court on March 16, 2015. Great Destinations' Answer generally denies Plaintiff's allegations pursuant to California Code of Civil Procedure section 431.30(d), and asserts a number of affirmative defenses. Yun Decl., Ex. B.

## II.
## REMOVAL IS PROPER BASED ON FEDERAL QUESTION JURISDICTION

6. This Court has original federal question jurisdiction under 28 U.S.C. § 1331.

7. Each of Plaintiff's causes of action is based on the Telephone Consumer Protection Act, 47 U.S.C. section 227, *et seq.* Accordingly, the Complaint is removable under federal question jurisdiction. 28 U.S.C. § 1441(a).

## III.
## THE NOTICE OF REMOVAL IS PROCEDURALLY PROPER

8. In accordance with 28 U.S.C. 1446(a), all copies of papers filed in the State Court action (except payment receipts) as of the filing of this Notice of Removal are attached as exhibits to the Yun Declaration.

9. Pursuant to 28 U.S.C. 1446(b)(2)(B), Great Destinations had 30 days from February 17, 2015—the date of service of the Complaint and Summons—to file its Notice of Removal, i.e. until March 19, 2015. Thus, Great Destinations' Notice of Removal is timely.

10. Venue in this Court is proper pursuant to 28 U.S.C. section 1446(a) because this action was removed from Orange County Superior Court, located within the District and Division of the Court.

11. Pursuant to 28 U.S.C. § 1446(d), Great Destinations is providing written notice to Plaintiff of the removal of this action.

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of California, County of Orange.

13. Great Destinations is the only named Defendant in this action. Great Destinations is not required to investigate the identity of the unnamed defendants or to obtain their consent for removal. *See Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 690-691 (9th Cir. 1998). In any event, no Doe defendant has been served. Great Destinations is not required to obtain consent to remove from defendants who have not been served. *See* 28 U.S.C. § 1446(b).

## IV.
## CONCLUSION

For all of the reasons set forth above, Great Destinations removes the original action brought by Plaintiff in the Superior Court of the State of California for the County of Orange to this Court.

Dated: March 18, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Lisa S. Yun*
RUBEN D. ESCALANTE
SHANNON Z. PETERSEN
LISA S. YUN

Attorneys for Defendant
GREAT DESTINATIONS, INC.

SMRH:436659681.1                           NOTICE OF REMOVAL OF ACTION