R. Rex Parris, Esq. (SBN 96567)
  rrparris@rexparris.com
Alexander R. Wheeler, Esq. (SBN 239541)
  awheeler@rrexparris.com
Kitty Szeto, Esq. (SBN 258136)
  kszeto@rrexparris.com
John M. Bickford, Esq. (SBN 280929)
  jbickford@rrexparris.com
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone: (661) 949-2595
Facsimile:  (661) 949-7524

Attorneys for Plaintiff and the Putative Class

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RUBEN D. ESCALANTE, Cal. Bar. No. 244596
rescalante@sheppardmullin.com
333 South Hope Street. 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile:  213.629.1398

Attorneys for Defendant GREAT DESTINATIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| MICHELE DEL VALLE; an individual, for herself and all members of the putative class, <br><br> Plaintiff, <br><br> v. <br><br> GREAT DESTINATIONS, INC., a Nevada Corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 8:15-cv-00435-JLS-DFM <br><br> **CLASS ACTION** <br><br> **STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIM WITH PREJUDICE** |

SMRH:473562044.1

STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIM WITH PREJUDICE

1 | Pursuant to Federal rule of Civil Procedure 41(a), Plaintiff Michele Del Valle ("Plaintiff") and Defendant Great Destinations, Inc., ("Great Destinations"), stipulate and jointly move that the Court dismiss this action WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to any claims by the alleged, un-named, putative class members.  Since the Court has not certified any class here, the notice and approval requirements of Federal Rule of Civil Procedure 23(e) do not apply.  Each party shall bear his or its own fees and costs.

Date:  October 26, 2015

**R. REX PARRIS LAW FIRM**

By:   /s/ *John M. Bickford*
    John M. Bickford, Esq.

    Attorneys for Plaintiff
    and the Putative Class

Date:  October 26, 2015

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
    A Limited Liability Partnership
    Including Professional Corporations

By:   /s/ *Ruben D. Escalante*
    Ruben D. Escalante, Esq.
    Attorneys for Defendant
    Great Destinations, Inc.